COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| Texas Department of Aging and Disability Services, | § | No. 08-19-00095-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 327th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Michael Lagunas, | | |
| | § | (TC# 2014-DCV-2261) |
| Appellee. | | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time within which to file the brief until **September 6, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jonathan L.R. Baeza, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 6, 2019.

IT IS SO ORDERED this 22nd day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.